```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 12959
    RONALD CLEAVELAND
    BONITA CLEAVELAND                     CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
            Debtor
    SSN XXX-XX-6929     SSN XXX-XX-2066


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/11/06 and confirmed on 12/22/06.

    2.  The case was dismissed after confirmation, 11/15/2007.

    3.  The Debtor paid a total of $    6650.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
SAXON MORTGAGE SERVICES    CURRENT MORTG          .00           .00            .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE      6767.60           .00          27.27
KANE COUNTY TREASURER      SECURED            3440.60           .00         600.00
FORD MOTOR CREDIT CO       SECURED            2848.14        110.44        1080.65
CAPITAL ONE AUTO FINANCE   SECURED           24431.56       1137.28        2480.54
EMERGE MASTERCARD          UNSECURED          4562.37           .00            .00
PREMIER BANKCARD/CHARTER   UNSECURED           546.01           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED           749.82           .00            .00
ECAST SETTLEMENT CORP      UNSECURED          1364.18           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED          1086.70           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED          1583.97           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED          2003.59           .00            .00
WELLS FARGO FINANCIAL IN   UNSECURED          3221.93           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED           168.26           .00            .00
MIDLAND CREDIT MGMT        UNSECURED           166.89           .00            .00
ILLINOIS DEPT REVENUE      PRIORITY           1963.52           .00            .00
            Summary of disbursements:
------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED   37487.90   1963.52    15453.72         .00      54905.14
PRINCIPAL PAID        4188.46       .00         .00         .00       4188.46
INTEREST PAID         1247.72       .00         .00         .00       1247.72
TOTAL PAID            5436.18       .00         .00         .00       5436.18
The Debtor's attorney, FOX VALLEY LEGAL GROUP         , was allowed $   2850.00
and was paid $   1650.00   direct and $    942.15   through the plan.

The Trustee received $     271.67 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/08/08                             /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE